Ronald PIERCE, Petitioner–Appellant,

v.

Michael PETTIFORD, Warden of FCI Bennettsville, Respondent–Appellee.

No. 06–7501.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 27, 2006.

Ronald Pierce, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Pierce, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pierce v. Pettiford,* No. 3:06–cv–01851–GRA (D.S.C. July 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*